# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

159822

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KYLE H. COOPER,
        Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159822
COA: 335212
Oakland CC: 2012-241872-FC

On order of the Court, the application for leave to appeal the March 22, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk

b0323